IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY GREEN, CHERYL KILFOIL, HEATHER SINCLAIR, LISA DONOVAN, and MOLLY RAMIREZ, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:20-cv-3878<br><br>Judge John F. Kness |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Named Plaintiffs and Class Representatives Kimberly Green, Cheryl Kilfoil, Heather Sinclair, Lisa Donovan, and Molly Ramirez, on behalf of themselves, Opt-in Plaintiffs Melissa Keller and Page Lindquist, and the Settlement Class Members, respectfully request that this Honorable Court grant Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement Agreement arising from their claims for unpaid overtime wages under the Maine Employment Practices Law ("MEPL") and the Fair Labor Standards Act, 29 U.S.C. § 216 ("FLSA"). In support of this Motion, the Class Representatives submit a Memorandum of Law in Support of their Motion for Final Approval of Class and Collective Action Settlement, and they previously submitted a Petition for an Award of Attorneys' Fees and Litigation Expenses (ECF

No. 44). The Class Representatives request that the Court enter the proposed Final Approval Order, attached as Exhibit 1 to the Memorandum of Law.

Date: October 8, 2021

Respectfully submitted,

/s/Maureen A. Salas
*One of the Attorneys for Plaintiffs*

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
**Werman Salas P.C.**
77 W. Washington Street
Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

Travis M. Hedgpeth – travis@hedgpethlaw.com
**The Hedgpeth Law Firm, PC.**
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Telephone: (281) 572-0727

Jack Siegel – jack@siegellawgroup.biz
**Siegel Law Group**
4925 Greenville, Suite 5009
Dallas, Texas 75206
Telephone: (214) 790-4454